HAZEL S. HYATT *v.* EDWIN O. HYATT

[No. 78, October Term, 1937.]

694

*Decided January 20th, 1938.*

- The cause was argued before BOND, C. J., URNER, OFFUTT, PARKE, SLOAN, MITCHELL, and JOHNSON, JJ.

*J. Francis Ford,* with whom was *Herbert R. O'Conor* on the brief, for the appellant.

*Robert R. Carman,* with whom was *William C. Baxter* on the brief, for the appellee.

SLOAN, J., delivered the opinion of the Court.